

NUMBER 13-22-00085-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI – EDINBURG

IN THE INTEREST OF J.M.B., R.P.B. III, I.V.B., CHILDREN

On appeal from the 214th District Court
of Nueces County, Texas.

MEMORANDUM OPINION

Before Justices Tijerina, Silva, and Peña
Memorandum Opinion by Justice Tijerina

This cause is before the Court on its own motion due to appellant's failure to file a compliant brief. Appellant filed a notice of appeal on March 4, 2022. On February 2, 2023, the Clerk of the Court notified appellant that his brief was past due, and his appeal was subject to dismissal for want of prosecution. Appellant filed a brief on February 10, 2023. On February 28, 2023, the Clerk of the Court notified appellant that his brief did not comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.5(d), (e), 38.1. On April 11, 2023, appellant's motion to extend time to file an amended brief was granted,

and appellant's time to file an amended brief was extended to May 30, 2023. Appellant did not file a brief.

On June 8, 2023, the Clerk of the Court notified appellant that if appellant did not file an amended brief, the appeal would be dismissed. *See id.* 42.3. Appellant has not filed an amended brief, and the defects have not been cured. *See id.* Appellant's brief has numerous formal defects and does not comply with the Texas Rules of Appellate Procedure 9.5(d), (e), and 38.1. *See id.* 9.5(d), (e), 38.1.

Accordingly, under the authority of Texas Rule of Appellate Procedure 38.9(a), we hereby strike appellant's brief, and prohibit appellant from filing another brief. *See id.* 38.9. We dismiss the appeal for want of prosecution and appellant's failure to comply with this Court's directive and the appellate rules. *See id.* 38.8(a)(1), 42.3(b), (c).

JAIME TIJERINA
Justice

Delivered and filed on the
27th day of July, 2023.

2